NOTE:  This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**JOHN L. CUMMINGS,**
*Petitioner,*

v.

**OFFICE OF PERSONNEL MANAGEMENT,**
*Respondent.*

---

2012-3202

---

Petition for review of the Merit Systems Protection Board in case no. DA0841120400-I-1.

---

**ON MOTION**

---

**ORDER**

John L. Cummings moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

JOHN CUMMINGS V. OPM                                          2

                                        FOR THE COURT

__OCT 0 4 2012__                        __/s/ Jan Horbaly__
        Date                            Jan Horbaly
                                        Clerk

cc:  John L. Cummings
     Katy M. Bartelma, Esq.

s21